UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                            Case No. 3:23-cr-107

vs.

MARCUS LEON DAVIS,                       District Judge Michael J. Newman
                                                                      Magistrate Judge Caroline H. Gentry

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 29); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 25)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Marcus Davis's guilty plea.  Doc. No. 29.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to counts 1, 2, 3, and 4 of the superseding indictment currently pending against him and finds him guilty as charged of production and distribution of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (3) and 2252(a)(2) and (b)(1).  *See* Doc. No. 29.  The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 25).  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   March 19, 2024                                             s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District